UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MARIE LUCIA FREDERIC

CASE NO. 10-23455-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

MAY 26 2011

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 10,522.27 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $   .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARIE LUCIA FREDERIC  
18130 NW 19 AVENUE  
MIAMI GARDENS, FL 33056

CHRISTOPHER L CLARK, ESQUIRE  
5190 NW 167 STREET  
SUITE 100  
MIAMI GARDENS, FL 33014

WELLS FARGO BK, NA  
4101 WEISMAN BLVD  
T7416-023  
SAN ANTONIO, TX 78251

WELLS FARGO BK, NA  
4101 WEISMAN BLVD  
T7416-023  
SAN ANTONIO, TX 78251

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
MARIE LUCIA FREDERIC

CASE NO.  10-23455-BKC-

CHAPTER 13

MARIE LUCIA FREDERIC

18130 NW 19 AVENUE
MIAMI GARDENS, FL 33056


CHRISTOPHER L CLARK, ESQUIRE
5190 NW 167 STREET
SUITE 100
MIAMI GARDENS, FL 33014

| | |
|---|---|
| WELLS FARGO BK, NA<br>4101 WEISMAN BLVD<br>T7416-023<br>SAN ANTONIO, TX 78251 | ---------$  9,469.06<br>**RETURNED FROM CREDITOR BECAUSE CASE DISMISSED** /relief granted<br>CLAIM REGISTER # 8-1 |
| WELLS FARGO BK, NA<br>4101 WEISMAN BLVD<br>T7416-023<br>SAN ANTONIO, TX 78251 | ---------$  1,053.21<br>**RETURNED FROM CREDITOR BECAUSE CASE DISMISSED** /relief granted<br>CLAIM REGISTER # 8-1 |

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130